IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| RONALD CLIFFORD SNEE, JR. ) | |
| Petitioner, ) | Civil Action No. 08-1562 |
| ) | |
| vs. ) | Judge Terrence F. McVerry |
| ) | |
| MICHAEL BARONE, Acting Supt. ) | |
| Respondent. ) | |

## MEMORANDUM ORDER

On November 8, 2008, the above captioned case was initiated by the filing of a Petition for Writ of Habeas Corpus and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The Magistrate Judge's Report and Recommendation filed on November 14, 2008 (doc. no. 2) recommended that the Petition for Writ of Habeas Corpus be dismissed. Petitioner was served with the Report and Recommendation and advised he had until December 1, 2008 to file written objections thereto. No objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

**AND NOW**, this 5th day of December, 2008;

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus is **DISMISSED.**

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (doc. no. 2) of Magistrate Judge Lenihan dated November 14, 2008, is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

By the Court:

s/ Terrence F. McVerry
Terrence F. McVerry
United States District Judge

cc: Lisa Pupo Lenihan
United States Magistrate Judge

Ronald Clifford Snee, Jr.  GW-4262
SCI Forest
1 Woodland Dr. P.O. Box 307
Marienville, PA 16239